## Paul FORTIER

v.

## Richard HAWKES.

Supreme Judicial Court of Maine.

April 28, 1978.

Grover G. Alexander (orally), Gray, Caron, Ayotte & Caron by Edward L. Caron, Jr., Saco, for plaintiff.

Norman & Hanson by Stephen Hessert (orally), David C. Norman, Portland, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

PER CURIAM.

Appellant Paul Fortier appeals from a denial of his motion for a new trial on the ground that the verdict was against the weight of the evidence. There was evidence in the record which supports the verdict. We are unable to conclude that the trial court abused its discretion in denying the motion. *See Chenell v. Westbrook College,* Me., 324 A.2d 735 (1974). We have considered the other grounds asserted for reversal of the judgment of the trial court and do not find them to be sufficient for setting aside the judgment.

The entry is:

Appeal denied.

Judgment affirmed.